FILED
1/16/20 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-22841-GLT |
| | : | Chapter: 13 |
| Bonnie M. Cornish | : | |
| | : | |
| | : | Date: 1/15/2020 |
| Debtor(s). | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**

    #105 - Debtor's Motion for Status Conference regarding Ocwen Loan Servicing, LLC for Loss Mitigation Program

    #110 - Response to Debtor's Motion by US Bank

    #109 - Debtor's Fifth Motion to Extend Loss Mitigation Period

**APPEARANCES:**
- Debtor: Julie Steidl
- Trustee: Kate DeSimone
- USB: Jodi Hause

**NOTES:** (11:29)

Hause: PAH was the previous servicer, and Mr. Cooper is the new servicer. As soon as Mr. Cooper was added, they mentioned some more documents they needed. The client appears to be diligent. I'm not sure what happened with PAH's delay but we're optimistic we can come to an agreement.

Steidl: That's how we see it.

Court: Would 75 days be enough for loss mitigation?

Hause: Yes.

Court: I will conclude the status conference and extend the loss mitigation period.

**OUTCOME:**

1. Debtor's *Motion for Status Conference regarding Ocwen Loan Servicing, LLC for Loss Mitigation Program* [Dkt. No. 105] is CONCLUDED. [Text Order to Issue]

2. Debtor's *Fifth Motion to Extend Loss Mitigation Period* [Dkt. No. 109] is GRANTED. The Loss Mitigation period is extended through March 31, 2020. [Text Order to Issue]

**DATED:** 1/15/2020