**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                   CASE NO.: 16-22841-GLT
                                                                CHAPTER 13

**Bonnie M. Cornish,**

  Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST II(B) ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                        RAS Crane, LLC
                                        Attorney for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112

                                        By: /s/David Levy
                                           David Levy, Esquire
                                           Email: dlevy@rasflaw.com

## **CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on January 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

*Debtor*
**Bonnie M. Cornish**
P.O. Box 7
Laughlintown, PA 15655

And via electronic mail to:

*Debtor's Attorney*
**Abagale E. Steidl**
Steidl & Steinberg
707 Grant Street 28th Floor - Gulf Tower
Pittsburgh, PA 15219

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center. 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

              RAS Crane, LLC
              Attorney for Secured Creditor
              10700 Abbott's Bridge Road, Suite 170
              Duluth, GA 30097
              Telephone: 470-321-7112

              By: /s/David Levy
              David Levy, Esquire
              Email: dlevy@rasflaw.com