# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | BONNIE M. CORNISH |
| **Case Number:** | 16-22841-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 12, 2020 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#15 - Continued Confirmation of Plan Dated 8-4-16 (NFC)
R / M #:  15 / 0

### *Appearances:*

Debtor: A. Steidl
Trustee: Winnecour / Pail / Katz / ⒹeSimoneⒺ
Creditor:

**FILED**
MAR 13 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  6-25-20  at  1:30  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/5/2020    12:12:30PM