FILED
5/6/20 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 16-22841-GLT | |
| | : | Chapter: | 13 | |
| Bonnie M. Cornish | : | | | |
| | : | | | |
| | : | Date: | 5/6/2020 | |
| *Debtor(s).* | : | Time: | 10:00 | |

## PROCEEDING MEMO

*MATTER:*   #120 Status Conference on Debtor's Sixth Motion to Extend the Loss Mitigation Period
[LMP is extended to 5/6/20]

*APPEARANCES:*

Debtor:    Abagale E. Steidl
Trustee:   Owen Katz
USBank:    Thomas Song

*NOTES:* (10:20)

Court: I set this matter for hearing because this is a very old LMP case, the order was entered in 2016. According to the portal history, there were documents requested that were not provided for some time.

Steidl: We did provide the documents at the beginning of April. Our bigger problem is that Ms. Cornish is employed by a school district and she's currently not receiving income. She's trying to get child support and ensure her ex-husband pays what he's obligated to, she's only a month behind in her plan payment.

Court: What about her ability to produce documents that are not income-dependent?

Steidl: We produced documents about her divorce, about her income, and about her utilities.

Song: Apparently the client is still dissatisfied, I think they were looking for some pay stubs. It looks like the 45T was cut off at the end, and I think the client had some questions about the support from her partner since he has no obligation to maintain those payments. From the view of the lender, they've been looking for these documents since the beginning of the year. We'd request termination of the LMP.

Court: I won't terminate it at this time if the debtor is making a genuine effort. If the income documents are the only issue that's understandable in this situation. But as to the non-income documents, it seems appropriate for them to be properly submitted.

Steidl: All the requested documents have been uploaded. And since mid March we've been very prompt in all responses.

Court: I will extend the LMP period briefly, but the debtor needs to know that this may be one of the oldest LMP on my docket, and I expect the debtor to promptly provide all the information that's in her control. The Debtor shall file a status report in 30 days, and LMP is continued through 60 days.

*OUTCOME:*

1. Status Conference on Debtor's Sixth Motion to Extend the Loss Mitigation Period [Dkt. No. 120] is CONCLUDED. [Text Order to Issue]

2. On or before June 5, 2020, the Debtor shall submit an LMP status report. [Text Order to Issue]

3. The Loss Mitigation Period is extended through July 6, 2020 [Text Order to Issue]

**DATED:** 5/6/2020