# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
7/1/20 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** BONNIE M. CORNISH
- **Case Number:** 16-22841-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020  01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#15 - Continued Confirmation of Plan Dated 8/4/2016 (NFC)
R / M #: 15 / 0

## Appearances:

- **Debtor:**
- **Trustee:** Winnecour / Pail /  Katz / DeSimone
- **Creditor:**

LMP pending

## Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 10/22/20 at @ 2:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/17/2020  11:15:26AM