FILED
7/16/20 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BONNIE M. CORNISH, | : | Case No. 16-22841-GLT |
| *Debtor,* | : | Chapter 13 |
| BONNIE M. CORNISH | : | Related to Doc No. 128 & 129 |
| *Movant,* | : | |
| v. | : | |
| US BANK NATIONAL ASSOCIATION, c/o OCWEN LOAN SERVICING LLC, | : | Hearing: July 29, 2020 at 11:00 A.M. |
| *Respondent(s)* | : | |

**ORDER**

On July 6, 2020, the Debtor filed a *Seventh Motion to Extend the Loss Mitigation Period* [Doc. No. 128] ("Motion") requesting an extension of the Loss Mitigation Period. On July 14, 2020 US Bank filed a *Response to Debtor's Motion to Extend the Loss Mitigation Period* [Dkt. No. 129].

*AND NOW*, this **16th** day of **July, 2020,** it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. A **Status Conference** on the pending *Loss Mitigation Order*, dated October 16, 2018 [Doc. No. 83], and the *Seventh Motion to Extend The Loss Mitigation Period* is scheduled on **July 29, 2020 at 11:00 A.M.** in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219 telephonically. All counsel and parties-in-interest who intend to participate in the hearing must register with

CourtCall at (866) 582-6878 (and arrange for payment of the regular charge) no later than twenty-four (24) hours prior to the scheduled hearing. During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly. All telephonic participants shall comply with Judge Taddonio's telephonic procedures (as recently modified) located on the Court's webpage at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-tele.pdf.

2. The Court requires the appearance of Counsel for the Respondent/Creditor, (or in addition to Counsel anyone else appearing on Respondent's behalf) to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application.

3. The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within three (3) days.

4. The Loss Mitigation period is extended to July 29, 2020 the date of the status conference.

DATED: July 16, 2020

Gregory  Taddonio    drb
United States Bankruptcy Judge

Case administrator to serve:
 Debtors
  Abagale E. Steidl, Esq.
  Thomas Song, Esq.
  Ronda Winnecour, Esq., Ch. 13 Trustee
  Office of the U.S. Trustee

Case 16-22841-GLT    Doc 131    Filed 07/18/20    Entered 07/19/20 00:32:14    Desc
Imaged Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bonnie M. Cornish  
    Debtor

Case No. 16-22841-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jul 16, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.  
db           +Bonnie M. Cornish,    P.O. Box 7,    Laughlintown, PA 15655-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

         Abagale E. Steidl    on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bkgroup@kmllawgroup.com  
         Jerome B. Blank    on behalf of Creditor    US Bank National Association, As Trustee For etal pawb@fedphe.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Thomas Song    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com  
         Thomas Song    on behalf of Creditor    US Bank National Association, As Trustee For etal pawb@fedphe.com  
                                                                                                                          TOTAL: 7