IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22841 GLT |
| Bonnie M. Cornish, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No 130 |
| Bonnie M. Cornish, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| US Bank National Association | : | |
| c/o Ocwen Loan Servicing LLC, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 20, 2020, a true and correct copy of the Order of Court dated July 16, 2020 was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jerome B. Blank
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

US Bank National Association
c/o Ocwen Loan Servicing LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Date of Service: July 20, 2020

/s/ Abagale E. Steidl_____
Abagale E. Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217