FILED
7/31/20 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 16-22841-GLT |
| | : | |
| **BONNIE M. CORNISH,** | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Regarding Dkt. No. 128 |
| | : | |

**ORDER EXTENDING THE LOSS MITIGATION PERIOD
AND SETTING AFFIDAVIT OF DEFAULT PROCEDURES**

This matter came before the Court during a status conference on the *Seventh Motion to Extend the Loss Mitigation Period* [Dkt. No. 128] filed by the Debtor. During the conference held on July 29, 2020, the Debtor confirmed that she is currently unemployed and requested additional time to participate in the Loss Mitigation Program ("LMP"). Her secured creditor, U.S. Bank NA, objected to any extension of time on the grounds that loss mitigation had been pending for nearly four years without any discernible progress. The Court acknowledged the frustration engendered by the lengthy loss mitigation efforts, but it also recognized that COVID-19 added a gloss to the situation that needed to be taken into consideration.

Based on the foregoing and for the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **August 5, 2020**, U.S. Bank shall file on the docket and post on the LMP portal a list of all documents necessary to complete the Debtor's LMP package and render it suitable for submission to its underwriters.

2. Within **fourteen (14) days of the filing of the document list**, the Debtor shall upload all documents reasonably requested by U.S. Bank NA to the LMP portal.

3. On or before **August 26, 2020**, U.S. Bank NA shall file a status report: (a) detailing whether the documents submitted by the Debtor are satisfactory; and (b) if the documents are not satisfactory, identifying any alleged deficiencies.

4. The *Seventh Motion to Extend the Loss Mitigation Period* [Dkt. No. 128] is **GRANTED** and the loss mitigation period **EXTENDED** through **August 31, 2020**.

5. On or before **August 5, 2020**, the Debtor shall make a full plan payment of no less than $571 and timely submit additional payments in the same amount each month thereafter.

6. If the Debtor does not timely comply with the items in ¶¶ 2 and 5, the Court may terminate the Debtor's participation in the loss mitigation program without further notice or hearing upon the filing of an affidavit of non-compliance by U.S. Bank. This affidavit of default procedure shall remain in effect until further Court order.

Dated: July 30, 2020

_____ gsgj
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22841-GLT
Bonnie M. Cornish                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil           Page 1 of 1              Date Rcvd: Jul 31, 2020
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.
db             +Bonnie M. Cornish,    P.O. Box 7,    Laughlintown, PA 15655-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:
     Abagale E. Steidl    on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com,
     julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
     James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bkgroup@kmllawgroup.com
     Jerome B. Blank    on behalf of Creditor    US Bank National Association, As Trustee For etal pawb@fedphe.com
     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
     Thomas Song    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com
     Thomas Song    on behalf of Creditor    US Bank National Association, As Trustee For etal pawb@fedphe.com
                                                                                                    TOTAL: 7