FILED
10/6/20 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 16-22841-GLT |
| | : | |
| **BONNIE M. CORNISH,** | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Regarding Dkt. Nos. 149 and 150 |
| | : | |

# ORDER

This matter came before the Court on the *Status Report[s]* filed by the Debtor and U.S. Bank.[1] On September 11, 2020, this Court issued an *Order* directing the Debtor and U.S. Bank to file periodic status reports on their progression through the Loss Mitigating program.[2] In the *Order*, the Court specifically ordered both parties to utilize a "Loss Mitigation Dashboard" to show the status of U.S. Bank's document requests and the Debtor's responses in order to clearly set out which documents remained outstanding and which had been satisfactorily provided. Upon review of the Debtor's initial report and U.S. Bank's reply, the Court has identified the following issues.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **October 12, 2020**, the Debtor and U.S. Bank shall file supplemental status reports addressing the following:

    a. There appears to be a discrepancy between the 115 Ligonier Reservoir Road and 154 Reservoir Road addresses. Both parties shall explain what their understanding is of these two addresses,

---

[1] Dkt. Nos. 149 and 150.

[2] Dkt. No. 146.

                whether they refer to the same property, and what the "mailing address" is for the subject property.

       b.      U.S. Bank did not comply with the *Order* dated September 11, 2020, and did not utilize the Loss Mitigation Dashboard in its status report. U.S. Bank shall file an amended and updated report in the format proscribed in this Court's *Order* of that same date. Although it appears the servicers have changed, the Court nevertheless expects counsel for U.S. Bank to address the items in this Order as they relate back to the Court's *Order* dated September 11, 2020, which pre-dates the change of servicers.

Dated: October 5, 2020

                                                     GREGORY L. TADDONIO
                                                     UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 16-22841-GLT
Bonnie M. Cornish | Chapter 13
  Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　User: bsil　　　　　　　Page 1 of 2
Date Rcvd: Oct 06, 2020　　　　　Form ID: pdf900　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

**Recip ID     Recipient Name and Address**
db          + Bonnie M. Cornish, P.O. Box 7, Laughlintown, PA 15655-0007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020　　　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**

Abagale E. Steidl
　　on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com
　　julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Brian Nicholas
　　on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bnicholas@kmllawgroup.com

Jerome B. Blank
　　on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

District/off: 0315-2 — User: bsil — Page 2 of 2
Date Rcvd: Oct 06, 2020 — Form ID: pdf900 — Total Noticed: 1

Thomas Song
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com

Thomas Song
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

TOTAL: 7