# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-22841-GLT |
|    Bonnie M. Cornish | : Chapter 13 |
|                 Debtor | : |
| | : |
| Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC F/K/A US BANK | : |
|                 Movant | : |
|    vs. | : |
| Bonnie M. Cornish | : |
|                 Debtors/Respondents | : |
|    and | : |
| Ronda J. Winnecour, Esquire | : |
|                 Trustee/Respondent | : |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPCTY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

     PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to Bradley J. Osborne, Esquire at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated: 10/09/2020

                                                   /s/ Bradley J. Osborne, Esquire
                                                   Bradley J. Osborne, Esquire
                                                   Attorney I.D. # 312169
                                                   Hladik, Onorato & Federman, LLP
                                                   298 Wissahickon Avenue
                                                   North Wales, PA 19454
                                                   Phone 215-855-9521/Fax 215-855-9121
                                                   Email: bosborne@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   Bonnie M. Cornish<br>                Debtor | : Bankruptcy No. 16-22841-GLT<br>: Chapter 13<br>: |
| Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC<br>                Movant<br>      vs.<br>Bonnie M. Cornish<br>                Debtors/Respondents<br>      and<br>Ronda J. Winnecour, Esquire<br>                Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

      I, Bradley J. Osborne, Esquire., hereby certify that I caused to be served true and correct copies of the ENTRY OF APPEARANCE at the respective last known address of each person set forth below on **10/09/2020**:

Abagale E. Steidl, Esquire
Via ECF:
asteidl@steidl-steinberg.com
*Attorney for Debtor*

Bonnie M. Cornish
P.O. Box 7
Laughlintown, PA 15655
Via First Class Mail
*Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Date: 10/09/2020

                                              Respectfully Submitted,

                                              /s/ Bradley J. Osborne, Esquire
                                              Bradley J. Osborne, Esquire
                                              Attorney I.D. # 312169
                                              Hladik, Onorato & Federman, LLP
                                              298 Wissahickon Avenue
                                              North Wales, PA 19454
                                              Phone 215-855-9521/Fax 215-855-9121
                                              Email: bosborne@hoflawgroup.com