FILED
11/4/20 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-22841-GLT |
| **BONNIE M. CORNISH,** | Chapter 13 |
| *Debtor.* | Regarding Dkt. Nos. 146, 149, 150, 151, 152, 159, 161, and 163 |

## ORDER

This matter is before the Court on the various Loss Mitigation *Status Report[s]* filed by the Debtor, U.S. Bank National Association, and Fay Servicing, LLC, the successor in interest to U.S. Bank National Association's claim.[1] Upon review of the reports filed by the parties, it appears as though the Debtor and Fay Servicing, LLC are making progress through the loan modification process. Therefore, direct intervention by the Court and frequent reporting by the Debtor is no longer necessary. Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Debtor is hereby **RELIEVED** from the obligation to file bi-weekly Loss Mitigation status reports.

2. On or before **November 17, 2020**, Fay Servicing, LLC shall file a final Loss Mitigation status report including the Loss Mitigation Dashboard as set out in the Court's *Order* dated September 11, 2020.

3. The Loss Mitigation Period is extended through **January 4, 2021**.

Dated: November 4, 2020

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

---

[1] Dkt. Nos. 149, 150, 151, 158, 159, 161, and 163.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22841-GLT
Bonnie M. Cornish  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2
Date Rcvd: Nov 04, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonnie M. Cornish, P.O. Box 7, Laughlintown, PA 15655-0007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

**Name**     **Email Address**

Abagale E. Steidl
    on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Bradley Joseph Osborne
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Bradley Joseph Osborne
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC F/K/A US BANK bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bnicholas@kmllawgroup.com

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: bsil | | Page 2 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | | Total Noticed: 1 |

Jerome B. Blank
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com

TOTAL: 9