FILED
11/13/20 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-22841-GLT |
| **BONNIE M. CORNISH,** | Chapter 13 |
| *Debtor.* | Regarding Dkt. Nos. 146, 149, 151, 152, 159, 161, 163, 164, and 166 |

## ORDER

This matter is before the Court on the various Loss Mitigation *Status Report[s]* filed by the Debtor and Fay Servicing, LLC.[1] Because of the parties' progress through the loan modification process, by *Order* dated November 4, 2020 [Dkt. No. 164], the Court relieved the Debtor of her bi-weekly reporting obligations and directed Fay Servicing, LLC to file a Loss Mitigation status report including a Loss Mitigation Dashboard. Fay Servicing, LLC filed a status report as required, but failed to include the Loss Mitigation Dashboard, instead attaching a copy of the DMM Portal History.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **November 20, 2020**, Fay Servicing, LLC shall file a supplemental Loss Mitigation status report, which includes a completed Loss Mitigation Dashboard (*in the format set forth in Attachment A to the Court's Order [Dkt. No. 146] dated September 11, 2020*) that responds to each line item in the Debtor's Loss Mitigation Dashboard (set out as Exhibit A in the Debtor's *Status Report* [Dkt. No. 163]).

Dated: November 13, 2020

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

---

[1] Dkt. Nos. 149, 151, 158, 159, 161, 163, and 166.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22841-GLT |
| Bonnie M. Cornish | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

**Recip ID        Recipient Name and Address**
db            + Bonnie M. Cornish, P.O. Box 7, Laughlintown, PA 15655-0007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

**Name**                **Email Address**

Abagale E. Steidl
          on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Bradley Joseph Osborne
          on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Bradley Joseph Osborne
          on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC F/K/A US BANK bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Brian Nicholas
          on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bnicholas@kmllawgroup.com

District/off: 0315-2  User: aala  Page 2 of 2
Date Rcvd: Nov 13, 2020  Form ID: pdf900  Total Noticed: 1

Jerome B. Blank
    on behalf of Creditor US Bank National Association As Trustee For etal pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor US Bank National Association As Trustee For etal pawb@fedphe.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com

TOTAL: 9