IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/4/20 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| BONNIE M. CORNISH | : | BK. No. 16-22841-GLT |
| Debtor | : | Chapter 13 |
| BONNIE M. CORNISH | : | |
| Movant | : | Related to Dkt. No. 83, 171 |
| | : | Hearing: January 13, 2021 at 11:00 a.m. |
| Vs. | : | |
| | : | |
| Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC F/K/A US BANK | : | |
| Respondent | | |

## ORDER OF COURT

AND NOW, to wit, this 4th day of December 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that a Video Status Conference shall be held on **January 13, 2021 at 11:00 a.m.** before Judge Taddonio by Video Conference Hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020).

A representative of the Debtor and a Representative of appointed counsel Hladik, Onorato, & Federman, LLP is hereby ordered to attend this Status Conference.

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

Case Administrator to serve:
Debtor
Abagale Steidl, Esq.
Bradley Osborne, Esq.
Citibank, N.A.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                    Case No. 16-22841-GLT
Bonnie M. Cornish                                                                                                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: jhel                        Page 1 of 2
Date Rcvd: Dec 04, 2020             Form ID: pdf900                Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie M. Cornish, P.O. Box 7, Laughlintown, PA 15655-0007 |
| 15297921 | | Citibank, N.A., PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Bradley Joseph Osborne | on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Bradley Joseph Osborne | on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC F/K/A US BANK bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 2 of 2 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Jerome B. Blank
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com

TOTAL: 9