IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BONNIE M. CORNISH | : | BK. No. 16-22841-GLT |
| Debtor | : | Chapter 13 |
| BONNIE M. CORNISH | : | |
| Movant | : | Related to Docket 177 |
| | : | |
| Vs. | : | |
| | : | |
| Citibank, N.A., not in its individual | : | |
| capacity but solely as Owner Trustee | : | |
| for New Residential Mortgage | : | |
| Loan Trust 2020-NPL1 | : | |
| c/o Fay Servicing, LLC F/K/A US BANK | : | |
| Respondent | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 14, 2021, a true and correct copy of the *Order of Court dated January 14, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour-**Served by CM/ECF filing**
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

Bradley Joseph Osborne
Hladik, Onorato, & Federman, LLP
298 Wissahickon Avenue
North Waler, PA 19454

Bonnie Cornish
PO Box 7
Laughlintown, Pa 15655

Date of Service: January 14, 2021

/s/ Abagale E. Steidl_____
Abagale E. Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217