Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bonnie M. Cornish**
　Debtor(s)

Bankruptcy Case No.: 16–22841–GLT
Chapter: 13
Related to Document No.: 181
Concil. Conf.: April 15, 2021 at 10:00 AM

## ORDER

　　　On February 4, 2021, the Court issued an Order on the Debtor's Loss Mitigation Final Report, at which time the Court determined that an Amended Plan is necessary.

　　　**AND NOW,** this **The 4th of February, 2021**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

　　　(1)　***On or before February 25, 2021,*** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

　　　(2)　***On or before April 1, 2021,*** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

　　　(3)　***On April 15, 2021 at 10:00 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

　　　(4)　If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

　　　(5)　Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

　　　(6)　The Conciliation Conference scheduled for May 27, 2021 is CANCELLED.

Dated: February 4, 2021

cm: Debtor
　　　Counsel for Debtor

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22841-GLT |
| Bonnie M. Cornish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: 005 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

**Recip ID     Recipient Name and Address**
db          + Bonnie M. Cornish, P.O. Box 7, Laughlintown, PA 15655-0007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021                Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

**Name**              **Email Address**

Abagale E. Steidl
 on behalf of Debtor Bonnie M. Cornish asteidl@steidl-steinberg.com
 julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Bradley Joseph Osborne
 on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Bradley Joseph Osborne
 on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-NPL1 c/o Fay Servicing, LLC F/K/A US BANK bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Brian Nicholas
 on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) bnicholas@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 2 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: 005 | Total Noticed: 1 |

Jerome B. Blank
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor US Bank National Association  As Trustee For etal pawb@fedphe.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) pawb@fedphe.com

TOTAL: 9