**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BONNIE M. CORNISH

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:16-22841 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/01/2016 and confirmed on 10/31/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,415.00 |
| Less Refunds to Debtor | 1,713.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,702.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,823.80 | |
|     Trustee Fee | 1,459.92 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,283.72 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIBANK NA - TRUSTEE NEW RESDNTL M | 0.00 | 14,168.28 | 0.00 | 14,168.28 |
|     Acct: 9215 | | | | |
|   CITIBANK NA - TRUSTEE NEW RESDNTL M | 11,250.00 | 11,250.00 | 0.00 | 11,250.00 |
|     Acct: 9215 | | | | |
|   CITIBANK NA - TRUSTEE NEW RESDNTL M | 57,086.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 9215 | | | | |
| | | | | 25,418.28 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNIE M. CORNISH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNIE M. CORNISH | 1,713.00 | 1,713.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,490.00 | 2,823.80 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| 16-22841 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     PYOD LLC - ASSIGNEE | 467.88 | 0.00 | 0.00 | 0.00 |
|         Acct: 9157 | | | | |
|     GEICO | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 1338 | | | | |
|     GH HARRIS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MUNICIPAL AUTHORITY OF WESTMORELA | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MUNICIPAL AUTHORITY OF WESTMORELA | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 9300 | | | | |
|     THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     WEST PENN POWER* | 10,219.36 | 0.00 | 0.00 | 0.00 |
|         Acct: 4366 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     HLADIK ONORATO & FEDERMAN LLP** | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

\*\*\*NONE\*\*\*

**TOTAL PAID TO CREDITORS**                                                                                                     25,418.28

**TOTAL CLAIMED**
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 68,336.09 |
| UNSECURED | 10.687.24 |

Date: 06/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com